IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

United States of America

    v.                                      Civil No. 98-158-JD

France J. Houlne

ORDER TO DISCOVER AND TO APPEAR FOR
HEARING ON PERIODIC PAYMENT OF THE JUDGMENT

    Upon Motion of the United States of America, filed by Thomas P. Colantuono, United States Attorney for the District of New Hampshire, it is

    ORDERED that the defendant appear at the U.S. District Court for the District of New Hampshire, 55 Pleasant Street, Courtroom No. B, Concord, New Hampshire, on the 24th day of April, 2006, at 9:00 a.m., for a hearing to establish a schedule for periodic payment of the judgment. It is further

    ORDERED that the defendant, on the above-noted date, participate in the disclosure of her financial assets and liabilities by completing the financial statement attached hereto as Exhibit A, by providing copies of all documents listed on Exhibit B and by further answering any questions propounded by the plaintiff or the Court regarding her financial assets and liabilities and her ability to repay the judgment entered against her on April 7, 1998.

    Dated at Concord, New Hampshire this 13 day of March, 2006.

                                                  /s/James R. Muirhead
                                                  U.S. Magistrate Judge

cc:  U.S. Attorney
     France J. Houlne

 **United States Department of Justice**

**Financial Statement of Individual Debtor**
*(Submitted for Government Action on claims due the United States)*

| For official use only |
|---|
| USAO/DJ Number: |

**NOTE:** Use additional sheets where space on this form is insufficient.

Authority for the solicitation of the requested information is one or more of the following: 5 U.S.C. §301; 5 U.S.C. §901; Executive Order 61666, June 10, 1933; 28 U.S.C. §§ 501-530A; 28 U.S.C. §§ 3201-3206; 31 U.S.C. §§ 3701-3731; 44 U.S.C. §3101; 28 C.F.R. §0.160; 28 C.F.R. § 0.171; 31 C.F.R. §§5.1-5.36; Appendix to Subpart Y; Fed.R.Civ.P. 33(a)

The principal purpose for gathering this information is to evaluate your ability to pay the government's claim or judgment against you. Routine uses of the information are established in the following U.S. Department of Justice Case File Systems published in Vol. 42 of the Federal Register; Justice/CIV-001 at page 5332; Justice/TAX-001 at page 15347; Justice/USA-005 at pages 53406-53407; Justice/USA-007 at pages 53408-53410; Justice/CRIM-016 at pages 12774. Disclosure of the information is voluntary. If the requested information is not furnished, the United States Department of Justice may seek disclosure through other means.

## PERSONAL IDENTIFICATION

| 1. Name (Debtor) | 2. Birth Date (Mo. Day Yr.) | 3. Taxpayer Identification No. (SSN or EIN) |
|---|---|---|
| 4. Home Address (Street) | | 5. Driver's License No./State |
| (City, State & Zip Code) | | 6. Home Phone ( ) |

## EMPLOYER OR BUSINESS

| 7. Present Employer or Business Name | 8. Employer or Business Telephone No. ( ) |
|---|---|
| 9. Employer or Business Address (Street) | 10. Job Title/Occupation |
| (City, State & Zip Code) | 11. Years in Present Job or Business |

12. List other employers or businesses you have had in the last 3 years.

| Employer or Business Name | Employer or Business Address | Phone No. | Employment Date |
|---|---|---|---|
| | | ( ) | |
| Employer or Business Name | Employer or Business Address | Phone No. ( ) | Employment Date |

## SPOUSE

| 13. Provide current spouse's name. | 14. Social Security No. | 15. Birth Date (Mo. Day Yr.) |
|---|---|---|

16. If spouse's home address is different, list below.

| 17. List spouse's present employer's name and address. | 18. Employer's Phone Number ( ) |
|---|---|
| 19. Job Title | 20. Years in Present Job |

EXHIBIT A

Form OBD-500
AUG. 03
(Page 1 of 7)

## Financial Statement of Individual Debtor

21. Spouse's annual gross salary/wages is $ _____

    Spouse's take home pay is $ _____ per _____

22. Does spouse receive alimony or child support from a previous marriage?
    If yes, amount: $ _____

    *(Note: If you have a live-in companion, furnish the above information regarding this companion.)*

### DEPENDENTS

23. List all dependents who live with you:

| Name | Age | Relationship |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

24. List names and addresses of all dependents not living with you:

| Name/Address | Age | Relationship |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

25. List amount of monthly income received by dependents from any sources other than you or your spouse. $ _____

26. Total monthly amount paid by you or your spouse to dependents listed in item 23 (example: child support, alimony, etc.). $ _____

27. List names and addresses of Parents/In-Laws if living:

### SALARY, WAGES OR COMMISSIONS - Space provided for you as well as your Spouse

28. Gross salary/wages before any deductions. (Attach a copy of your last pay slip to this form.)

    Circle one:  weekly   bi-weekly   monthly                                $ _____   $ _____

29. Commissions you receive                                                  $ _____   $ _____

    List the amount of automatic deductions from your salary, wages or commissions.

30. Federal Taxes                                                            $ _____   $ _____

31. State/County/City Taxes                                                  $ _____   $ _____

32. Social Security Taxes (FICA/Medicare)                                    $ _____   $ _____

33. Medical Insurance                                                        $ _____   $ _____

34. Union Dues if applicable                                                 $ _____   $ _____

35. Allotments to Credit Union, Bank or others                               $ _____   $ _____

36. Life Insurance                                                           $ _____   $ _____

37. List any other payroll deductions (including 401(k) contributions)       $ _____   $ _____

38. Total Deductions (add lines 15-22)                                       $ _____   $ _____

39. Take home pay (sum of Lines 13 and 14 less Line 23)                      $ _____   $ _____

Form OBD-500
(Page 2 of 7)

# Financial Statement of Individual Debtor

## TAXES

40. Did you file a Federal Income Tax Return last year? ☐ Yes ☐ No

    Joint ____ Individual ____ Amount of Gross Income on return was:     $ _____

41. Did you apply for a tax refund on your most recently filed Federal, State, City or County tax return?

    ☐ Yes ☐ No  If YES, list the amount of the refund and from whom it will be received.

    Total Amount of Refund: $ _____     Received from: _____

42. Do you owe delinquent taxes? ☐ Yes ☐ No  If yes, list years and amounts due.     _____

## REAL PROPERTY

43. List all real property owned or being purchased by you. (Attach additional pages as needed.)

| Description and Address of all Real Property (home, farmland, vacation property etc.) | How Owned (jointly, individually, etc.) | Current Property Value | Unpaid Mortgage/Contract Balance | Monthly Mortgage/Contract Payments | To Whom Mortgage/Contract Payments Are Owed |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

44. Do you rent any of the property listed above to others? ☐ Yes ☐ No  If yes, amount of rent?

    Property _____     $ _____

    Property _____     $ _____

45. Does your spouse own real property not listed above? ☐ Yes ☐ No
    If yes, list the property address and current value.

    _____     $ _____

    _____     $ _____

## FIXED MONTHLY EXPENSES

46. List monthly living expenses.

| | | | |
|---|---|---|---|
| Rent/Mortgage | $_____ | Home Insurance & Property Taxes (List only if paid directly by you) | $_____ |
| Car or Lease Payment | $_____ | Car Insurance | $_____ |
| Gasoline | $_____ | Water | $_____ |
| Electricity | $_____ | Telephone | $_____ |
| Natural Gas or Oil | $_____ | Other Utilities (Specify) | $_____ |
| Cable or Satellite | $_____ | Public Transportation | $_____ |
| Food | $_____ | Other _____ | $_____ |

47. Total monthly living expenses (total of all items listed on Line 46.)     $_____

## Financial Statement of Individual Debtor

48. List credit card, or other debts you owe including any installment payments *(Attach additional pages as needed.)*

| Creditor | Date of Debt and Purpose | Total Amount Due | Date of last payment | Payment Amount | Frequency of Payment |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

49. Total credit card or other payments paid per month        $ _____

**TOTAL FIXED MONTHLY EXPENSES**   $ _____
(Add Lines 47 and 50)

---

### CASH

50. List all accounts at banks, credit unions, and other financial institutions.

| Name and Address of Bank, Credit Union, or other Institution | Account Number(s) | Highest Account Balance During Year | Current Account Balance |
|---|---|---|---|
| Checking Account(s) |  |  |  |
| Savings Account(s) |  |  |  |
| Money Market Account(s) |  |  |  |
| Certificate of Deposit(s) |  |  |  |
| IRA or Keough Account(s) |  |  |  |

Total Balance of all Current Accounts   $ _____

---

### OTHER ASSETS *(Attach additional pages as needed.)*

51. List all United States Savings Bonds held by you, your spouse, or dependents. *(Attach additional sheets as needed.)*

| Date Purchased | Denomination(s) | Date Purchased | Denomination(s) | Date Purchased | Denomination(s) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

Total Value  $ _____

52. List all stocks, mutual funds, other bonds held by you, your spouse, or dependents. *(Attach additional sheets as needed.)*

Form OBD-500
(Page 4 of 7)

## Financial Statement of Individual Debtor

| Name of Stock/Mutual Fund or Bonds *(if bond also give the name and address of issuer)* | No. of Shares | Current Value |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Total Value $ _____

53. List all other cash or compensation (e.g., insurance annuity, food stamps, SSI funds, disability benefits, irrevocable trusts, lottery winnings, pensions, disability benefits etc.) which you, your spouse, or dependents receive and which you have not already identified. *(Attach additional sheets as needed.)*

| Identify nature and source of cash or compensation | Frequency: Monthly, Weekly, etc. | Amount |
|---|---|---|
| | | |
| | | |
| | | |

Total Amount $ _____

54. List all auto/truck/tractor/aircraft or other vehicles owned, leased, or being purchased or leased by you, your spouse or dependents: *(Attach additional sheets as needed.)*

| Type of vehicle | Make, Model and Year | License No./State | Current Value of Vehicle |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Total Value $ _____

55. List all other personal property owned or being purchased by you, your spouse or dependents. *(Attach additional sheets as needed.)*

| Asset *(Attach additional sheets as needed.)* | Identify Specific Asset, Owner, Registration No. and Location | Date Purchased | Current Value |
|---|---|---|---|
| Boat(s) | | | |
| Camper/recreational vehicle(s) | | | |
| Motorcycle/motorbike(s) | | | |
| Antiques, art objects or stamp collections | | | |
| Jewelry with total value over $1,000 | | | |

## Financial Statement of Individual Debtor

| Other personal property with value over $500 | | | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Total Value  $ _____

56. List all other assets or investments (partnership interests; sole proprietorships; mineral rights, etc.) possessed or owned by you, your spouse or dependents. *(Attach additional sheets as needed.)*

| Identify each asset, including address, account numbers, persons indebted to you etc. | Basis for Value | Current Value |
|---|---|---|
| | | |
| | | |
| | | |

Total Value  $ _____

**OTHER INFORMATION**

Form OBD-500
(Page 6 of 7)

## Financial Statement of Individual Debtor

57. State highest level of education received. _____

58. Do you anticipate any job changes during the next year? ☐ Yes ☐ No  *If yes, give specific details.* _____

59. Are there any reasons to believe your salary/wages will substantially change during the next year? ☐ Yes ☐ No  *If yes, give specific details.* _____

60. Are you involved in any lawsuits in which you might receive money or something of value? ☐ Yes ☐ No
    *If yes, give specific details.* _____

61. Are you involved in any lawsuits in which you might be required to pay money or transfer something of value?
    ☐ Yes ☐ No  *If yes, give specific details.* _____

62. Are there outstanding unpaid judgments against you for any debts other than this one? ☐ Yes ☐ No
    *If yes, give specific details.* _____

63. Are you a Trustee, Executor, or Administrator of an estate? ☐ Yes ☐ No
    *If yes, give specific details.* _____

64. Is anyone holding money or any other assets on your behalf? ☐ Yes ☐ No
    *If yes, give specific details.* _____

65. Is there any likelihood you will receive an inheritance? ☐ Yes ☐ No
    *If yes, give specific details.* _____

66. Have you sold, given as a gift, or otherwise transferred any real or personal property, stocks, bonds, mutual funds, or other asset having a value in excess of $500 during the past three years? ☐ Yes ☐ No
    *If yes, give specific details.* _____

67. Are your wages and/or those of your spouse being garnished at this time? ☐ Yes ☐ No
    *If yes, give specific details.* _____

68. Do you owe any medical bills in excess of $1,000? ☐ Yes ☐ No
    *If yes, give specific details (and attach copies of bills).* _____

---

With knowledge of the penalties for false statements provided by 18 United States Code § 1001 (a fine of up to $250,000 and/or five years imprisonment) and with knowledge that this financial statement is submitted by me to affect action by the United States Department of Justice, I certify that I believe the above statement is true and that it is a complete statement of all of my income and assets, real and personal, whether held in my name or by any other.

_____   _____
**Date**                **Signature**

---

❶ If you have attached additional sheets to this form, you must also sign those sheets.
❷ Attach a copy of your most recent pay slip to this form.
❸ Attach copies of the last 3 Federal Income Tax Returns you have filed.

EXHIBIT A

Form OBD-500
AUG. 03
(Page 7 of 7)

1. All deeds to real estate owned by defendant or in which defendant holds an interest.

2. All real estate sales contracts to which defendant is currently a party.

3. All stock certificates, bonds or other securities in defendant's name or held jointly by defendant and others; <u>certification</u> by defendant's broker or banker of current market value of said stock, bond and securities.

4. All promissory notes or other commercial paper in favor of defendant, or individually or jointly with others.

5. All employment contracts currently in effect between defendant and any other employer or employee.

6. All earning statements for 2005 and 2006 to present date.

7. Any contacts currently in effect between defendant and any other individuals, partnerships or corporations.

8. A copy of defendant's federal income tax returns for 2003, 2004 and 2005, with any schedules and/or attachments thereto.

9. All bank books and bank statements in defendant's name individually or joint with others.

10. Registration certificates for all automobiles and other vehicles in defendant's name, individually or jointly with others.

11. Current list of accounts receivable including names, addresses and telephone numbers.

12. Proof of all liabilities.

13. Any other documents, books and records tending to show defendant's net worth.

Exhibit B